UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

D-18 JAMIE YOSHIO KONO,

                Defendant.

_____/

Criminal No. 13-20156

Honorable George Caram Steeh

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

A Stipulated Preliminary Order of Forfeiture was entered on November 24, 2014, providing for the forfeiture of, among other things, a money judgment against Defendant Jamie Yoshio Kono in the amount of $396,900.00.

Pursuant to a State of California search warrant executed during the underlying criminal investigation, on or about March 12, 2013, $396,900.00 in U.S. Currency (Subject Currency) was seized from defendant as proceeds of unlawful drug trafficking, or property used to facilitate drug trafficking. The Subject Currency was not identified until after the Stipulated Preliminary Order of Forfeiture was entered, and was therefore beyond the jurisdiction of the Court.

1

On October 9, 2015 the Government filed a motion to amend the stipulated preliminary order of forfeiture to include the Subject Property as substitute property to satisfy the unpaid forfeiture money judgment, as provided by Rule 32.2(e) of the Federal Rules of Criminal Procedure.  The Court granted the Government's motion and entered an Amended Preliminary Order of Forfeiture on October 20, 2015.

Through inadvertence on the Government's part, the Amended Preliminary Order of Forfeiture includes a clerical error, whereby the amount of currency stated to have been seized from the defendant in paragraph 9 of the Order, and the amount of currency stated to be subject to forfeiture as substitute property on page 4 of the Order, incorrectly state an amount of $396,000.00, rather than the correct amount of $396,900.00.

The Court being advised in all the premises, and pursuant to Federal Rule of Criminal Procedure 36, IT IS HEREBY ORDERED THAT

1.      The Amended Preliminary Order of Forfeiture, the terms of which are incorporated herein by reference, shall be amended at paragraph 9 to state that the amount of U.S. Currency seized from Defendant JAMIE YOSHIO KONO is $396,900.00.

2.      The Amended Preliminary Order of Forfeiture shall be further amended to state on page 4 that the amount of the Subject Currency to be forfeited is $396,900.00.

Upon entry of this Order these corrections shall be incorporated by reference into the October 20, 2015 Amended Preliminary Order of Forfeiture, and the October 20, 2015 Amended Preliminary Order of Forfeiture shall remain the same in all other respects.

IT IS SO ORDERED.


Dated: November 2, 2016                    s/George Caram Steeh
                                           HONORABLE GEORGE CARAM STEEH
                                           United States District Judge